In the Matter of the Transfer Tax upon the Estate of SUSAN E. QUINBY, Deceased.

CHARLES J. QUINBY, as Executor, Appellant; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Quinby*, 174 App. Div. 882, affirmed.
(Argued November 23, 1916; decided December 12, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 16, 1916, which affirmed an order of the Westches-

41

ter County Surrogate's Court dismissing an appeal from a prior order assessing a transfer tax upon the estate of Susan E. Quinby, deceased. The question at issue between the parties on this appeal is the allowance or rejection of the claim of the executor that the net estate be reduced by the amount of the executor's personal claim against the estate of decedent for moneys paid by him individually for the principal and interest of mortgages held by Daniel Quinby upon the real property of decedent, with interest to the date of the last appraisal, and also deductions for advances made by claimant for the improvement of decedent's real property.

*Charles Haines* and *W. M. du Bois* for appellant.

*Francis A. Winslow* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.